# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC, et al.<br>*Plaintiff*<br>v.<br>SNIPES MOUNTAIN DAIRY, INC.,<br>a Washington Corporation<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17-CV-3067-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment entered in favor of Plaintiffs in accordance with the agreed Consent Decree.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on an agreed Consent Decree (ECF No. 26).

Date:  January 31, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen